**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOHN E. WINFIELD, | ) |
| Petitioner, | ) |
| v. | ) No. 4:03CV192 CDP |
| DON ROPER, | ) |
| Respondent, | ) |

**ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel and approval of attorney's fees and expenses [ECF No. 106] is **GRANTED**.

Dated this 12th day of May, 2015.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE